NETTIE L. McKINNEY, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*McKinney* v. *N. Y. C. & H. R. R. R. Co.*, 66 App. Div. 207, affirmed. (Argued February 25, 1903; decided March 17, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 18, 1901, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

*D. P. Morehouse* for appellant.

*Henry Purcell* for respondent.

Order affirmed and judgment absolute ordered for the defendant on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

MICHAEL DELUISE, Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

*Deluise* v. *Long Island R. R. Co.*, 65 App. Div. 487, affirmed. (Argued February 26, 1903; decided March 17, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 23, 1901, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial.

*William J. Kelly* for appellant.

*Willoughby B. Dobbs* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: BARTLETT, MARTIN, VANN and WERNER, JJ. Dissenting: PARKER, Ch. J., O'BRIEN and CULLEN, JJ.